1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **WESTERN DISTRICT OF WASHINGTON, AT SEATTLE**

7 EMPLOYEE PAINTERS' TRUST, *et al.*,                          Case No. 2:19-mc-00009-RSL

8        Plaintiffs / Judgment Creditors,

9 vs.                                                          **ORDER DISCHARGING GARNISHEE**
                                                              **AND CLOSING CASE**
10 COLUMBIA PACIFIC GLASS, INC.;
   ADKISON GLAZING SERVICES, LLC; and
11 WILLIAM P. ADKISON,

12        Defendants / Judgment Debtors,

13 and

14 CENTRAL VALLEY BANK,

15        Garnishee.

16

17                                              **ORDER**

18        The Court having considered Plaintiffs' motion for an order discharging the garnishee

19 herein, ORDERS that the above-named garnishee be DISCHARGED. The Clerk of Court is

20 directed to close this case.

21        Dated this 27th day of March, 2019.

22

23                                          *MM S Lasnik*
                                            Robert S. Lasnik
24                                          United States District Judge

25

THE URBAN LAW FIRM
&
CHRISTENSEN JAMES & MARTIN
720 N 10th Street, A #389
Renton, Washington 98057
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiffs*

Order Discharging Garnishee
(Case No. 2:19-mc-00009-RSL)                    1